UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
MIGUEL GUARDADO,

                    Plaintiff,

        -against-                          <u>MEMORANDUM AND ORDER</u>
                                           01-CV-4298(JS)(MLO)
NASSAU COUNTY CORRRECTION FACILITY,
SERGEANT JOSEPH BERGEN, CORRECTIONS
OFFICER HENRY REGNIER, and
CORRECTIONS OFFICER EDWARD VELASQUEZ,

                    Defendants.
--------------------------------X
APPEARANCES:

For Plaintiff:      Miguel Guardado, <u>pro</u> <u>se</u>
                    No. 00-A-0498
                    Adirondack Correctional Facility
                    Box 110
                    Ray Brook, New York 12977

                    Arturo G. Quintana, Esq.
                    1600 Islip Avenue
                    Brentwood, New York 11717

For Defendant:      Liora M. Ben-Sorek, Esq.
                    Nassau County Attorney's Office
                    One West Street
                    Mineola, New York 11501

SEYBERT, District Judge:

        The United States Court of Appeals for the Second Circuit

remanded this case to this Court on December 21, 2005 (No. 05-0497-

cv) ("Remand Order").   In the Remand Order, the Second Circuit

vacated this Court's Order dated December 21, 2004 granting

Defendants' motion for summary judgment.

        In accordance with the Remand Order, the Court instructs

the Clerk of the Court to appoint new counsel to Plaintiff and

remove Mr. Quintana as Plaintiff's present counsel.   Such new

counsel will then respond to Defendants' June 16, 2004 motion for summary judgment. New counsel will also address Defendants' arguments concerning Plaintiff's failure to exhaust available administrative remedies as well as Defendants' claims that no genuine issues of material fact remain on the merits of Plaintiff's suit. Furthermore, if any Rule 56.1 Counter-Statement needs to be filed, new counsel shall prepare and file one accordingly.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:     Central Islip, New York
           May  10 , 2006